# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

          v.

MARCOS RIVERA,

      Petitioner

: No. 209 EAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

          v.

MARCOS RIVERA,

      Petitioner

: No. 210 EAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

      Respondent

          v.

MARCOS RIVERA,

      Petitioner

: No. 211 EAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 17th day of January, 2023, the Petition for Allowance of Appeal is

**DENIED**.